EDWARD H. KUBO, JR.
United States Attorney

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. CR03-00049 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B)] |
| | ) | |
| JUBILEE EDWARD LOGAN, (01) | ) | |
| DENISE MEJIA, (02) | ) | |
| FRANCISCO JAVIER OROZCO, (03) | ) | |
| Defendants. | ) | |

## INDICTMENT

Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury up through and including on or about January 16, 2003 in the District of Hawaii and elsewhere, defendants:

      **JUBILEE EDWARD LOGAN** (hereinafter "LOGAN"),
      **DENISE MEJIA** (hereinafter "MEJIA"),
      **FRANCISCO JAVIER OROZCO** (hereinafter "OROZCO"),

and others known and unknown to the grand jury knowingly and intentionally conspired to distribute and to possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and five hundred (500) grams or more of cocaine, its salts, optical and geometric isomers, and salts of isomers, also a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1).

Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about January 14, 2003, at 1710 West Victory Blvd., Apt. E, Burbank, CA, OROZCO accepted delivery of the following Federal Express ("FedEx") parcel:

> One large brown box, bearing FedEx tracking no. 837535955351, listing the sender as Jubilee Logan, 110 Operations Road, Hilo, HI, 96720, (808) 966-9169, and being sent to Francisco Orozco, 1710 West Victory Blvd., Apt. E, Burbank CA 91506, (818) 209-8769. **[hereinafter referred-to as "subject parcel #1"]**.

2. On or about January 14, 2003, OROZCO possessed at 1710 Victory Blvd., Apt. E, Burbank, CA, two FedEx receipts for packages sent to Hilo, Hawaii, to wit:

   a.  FedEx tracking no. 791272012594, sent January 8,

    2003, from Francisco Orozco, 1710 W. Victory Blvd. #E, Burbank, CA, 91506, (818)209-8769, to Estephani Rosario, 178 Kuakolu Pl., Hilo, HI, 96720 (808) 990-6348.

  b. FedEx tracking no.791275222041, sent January 13, 2003, addressed from Francisco Orozco, 1710 W. Victory Blvd. #E, Burbank, CA 91506 (818)209-8769 to Mat Rubio, 800 Kaiwiki Rd., Hilo, Hawaii 96720(808) 989-3325.

3. On or about January 14, 2003, OROZCO possessed at 1710 Victory Blvd., Apt. E, Burbank, CA, an itinerary from Globetrotter Travel, 2625 E. Florence Ave., #E, Huntington Park, CA, 90255 (323) 589-6611, which showed that a "FRANCISCO OROZCO" was scheduled to fly from Burbank, CA to Hilo, HI on January 13, 2003, and that $670.00 had been paid for the ticket.

4. On or about January 15, 2003, in Hilo, HI, MEJIA took possession of:

  One (1) FedEx Overnight Express brown cardboard box, measuring approximately 36" x 21' x 21," weighing approximately 45 lbs. and sealed with clear packing tape, the label on the parcel having a FedEx air bill bearing tracking number 791275222041 addressed from Francisco Orozco (818)209-8769 to Mat Rubio, 800 Kaiwiki Rd., Hilo, Hawaii 96720 with a contact number of (808) 989-3325. **[hereinafter referred-to as "subject parcel #2"]**.

5. On or about January 15, 2003, Mejia, no longer a member of the conspiracy, met with LOGAN and turned subject parcel #2 over to him.

6. On or about January 15, 2003, LOGAN drove away from his meeting with Mejia, taking subject parcel #2 with him.

7. On or about January 15, 2003, at his residence in Mountain View, Hawaii, LOGAN possessed two Food Saver sealing machines and a box of Food Saver rolls of plastic wrap.

8. On or about January 15, 2003, LOGAN possessed three wire receipts for money sent via Western Union to a person, "B.O.," in Burbank, California ($1,000 on July 5, 2002, $500 on August 5, 2002, and $3,000 on September 24, 2002);

9. On or about January 15, 2003, LOGAN possessed a photocopy of a receipt dated November 14, 2002, for a FedEx parcel shipped to San Diego California from Hilo, Hawaii, listing the sender as a "Francisco Orozco," with LOGAN's Mountain View, HI, 96771, post office box (P.O. Box 528) as the sender's address.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

Count 2:

The Grand Jury further charges that:

On or about January 15, 2003 in the District of Hawaii, defendants JUBILEE EDWARD LOGAN, DENISE MEJIA, and FRANCISCO JAVIER OROZCO knowingly and intentionally attempted to possess with intent to distribute five hundred (500) grams or more of mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count 3:

The Grand Jury further charges that:

On or about January 15, 2003 in the District of Hawaii and elsewhere, defendants JUBILEE EDWARD LOGAN, DENISE MEJIA, and FRANCISCO JAVIER OROZCO knowingly and intentionally attempted to possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometrical isomers, and salts of isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count 4:

The Grand Jury further charges that:

On or about January 15, 2003 in the District of Hawaii, defendant DENISE MEJIA knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers,

In violation of Title 21, United States Code, Sections

841(a)(1)and 841(b)(1)(B).

DATED: Honolulu, Hawaii, January 30, 2003.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States vs. Jubliee Edward Logan, et al.
Cr. No. _____
INDICTMENT

6