EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00049 SOM |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| JUBILEE EDWARD LOGAN, (01) and FRANCISCO OROZCO, (03) | ) | |
| Defendants. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the

First Superseding Indictment against JUBILEE EDWARD LOGAN and FRANCISCO OROZCO in that the charges against them have been subsumed within the First Superseding Indictment brought in CR. NO. 04-0197 HG.

DATED: Honolulu, Hawaii, January 7, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _Loretta Sheehan_
LORETTA SHEEHAN
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
THE HON. SUSAN OKI MOLLWAY
UNITED STATES DISTRICT COURT JUDGE

United States v. Jubilee Edward Logan
and Francisco Orozco
CR. NO. 03-00049 SOM
Order for Dismissal